IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AVERYL CLEVELAND McDANILES                                                              PETITIONER

VERSUS                                                         CIVIL ACTION NO.  5:05cv159DCB-JCS

HARLEY LAPPIN, et al.                                                                    RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for the petitioner's failure to comply with an order of this court.

SO ORDERED AND ADJUDGED, this the 13th day of January, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE